# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | DONALD ERNEST & CAROLYN JANE EMMONS |
| **Case Number:** | 4:07-BK-01564-JMM         **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 12, 2009 02:30 PM   COURTROOM 430 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | BEVERLY GRANILLO |

## *Matter:*

CONTINUED STATUS HEARING RE DEBTORS' OBJECTION TO NOTICE OF DEFAULT FILED BY BANK OF AMERICA (CONT. FROM 7/27/09)

**R / M #:**   109 / 0

## *Appearances:*

ERIC OLLASON, ATTORNEY FOR CAROLYN JANE EMMONS, DONALD ERNEST EMMONS
MAY LU, APPEARING FOR LEONARD J. MCDONALD, ATTORNEY FOR BANK OF AMERICA, APPEARING BY PHONE

## *Proceedings:*

MR. OLLASON STATES THE PARTIES CAN'T COME TO AN AGREEMENT.  HE WANTS TIME TO CATCH UP THE PAYMENTS DUE UNDER THE MODIFIED LOAN, HE EXPLAINS.  THE DEBTORS ARE ONLY TWO TO THREE MONTHS BEHIND IN PAYMENTS.  HE HAS THE MARCH, APRIL, AND MAY PAYMENTS IN HIS OFFICE.  THEY NEED TO CATCH UP THE LOAN ON THE FIRST.

COURT:  IT IS ORDERED THAT THE MONEY MR. OLLASON IS HOLDING BE PAID TO MS. LU, AND SHE CAN FORWARD IT ON TO HER CLIENT.  THE DEBTORS ARE TO CONTINUE TO MAKE THE MONTHLY PAYMENTS.

MS. LU RENDERS COMMENTS.

COURT:  THE DEBTORS WANT TO REINSTATE, BUT THEY NEED TIME TO DO IT.  MS. LU IS TO TALK WITH HER CLIENT.  MR. OLLASON IS TO PUT IN WRITING EXACTLY WHAT THE DEBTORS WANT TO DO, AND IF THEY FAIL TO DO IT, THEY WILL LOSE THE PROPERTY.  THIS MATTER WILL BE CONTINUED TO SEPTEMBER 8, 2009 AT 11:30 A.M.