# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | DONALD ERNEST & CAROLYN JANE EMMONS |
| **Case Number:** | 4:07-BK-01564-JMM    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 08, 2009 11:30 AM   COURTROOM 206 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | ALICIA JOHNS |

## *Matter:*

CONTINUED STATUS HEARING RE DEBTORS' OBJECTION TO NOTICE OF DEFAULT FILED BY BANK OF AMERICA (CONT. FROM 7/27/09) (CONT. FROM 8/12/09)

**R / M #:**   109 /  0

## *Appearances:*

ERIC OLLASON, ATTORNEY FOR CAROLYN JANE EMMONS, DONALD ERNEST EMMONS
LEONARD J. MCDONALD, ATTORNEY FOR COUNTRYWIDE, APPEARING BY PHONE

## *Proceedings:*

MR. OLLASON STATES HE HAS SENT THE PAYMENT CHECKS TO MR. MCDONALD'S OFFICE.  HE FEELS THE DEBTORS ARE TWO PAYMENTS BEHIND, POST-PETITION.

MR. MCDONALD FEELS THE DEBTORS ARE THREE PAYMENTS BEHIND.  HE STATES THE PROBLEM IS THE PARTIES CAN'T AGREE ON WHAT THE MONTHLY PAYMENTS ARE.  THIS IS A MODEST DISPUTE, AND HE REQUESTS A CONTINUANCE.

COURT:  THIS MATTER WILL BE SET FOR AN EVIDENTIARY HEARING ON OCTOBER 7, 2009 AT 9:00 A.M. (1 HR.)  REGARDING THE AMOUNT OWED TO THE CREDITOR, PRE AND POST PETITION.

MR. MCDONALD STATES HE CAN FILE A DECLARATION FROM THE BANKER, BUT HE WILL HAVE HIM AVAILABLE FOR ANY CROSS-EXAMINATION.